**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7231**

_____

VERDELL EVANS, JR.,

        Plaintiff - Appellant,

    v.

LEGISLATIVE AFFAIRS DIVISION, ATF,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  J. Michelle Childs, District Judge.  (6:12-cv-00641-JMC)

_____

Submitted:  December 5, 2013     Decided:  December 16, 2013

_____

Before KING, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Verdell Evans, Appellant Pro Se.  Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Verdell Evans, Jr. appeals the district court's orders accepting the recommendation of the magistrate judge, granting summary judgment to the Defendant in Evans's civil action, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Evans v. Legislative Affairs Div., No. 6:12-cv-00641-JMC (D.S.C. June 11, 2013; Feb. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED